MICHAEL TEMMER, Respondent, v. LEOPOLD ZIMMERMAN et al., Doing Business under the Firm Name of ZIM-MERMAN & FORSHAY, Appellants.

*Contract — purchase of foreign credit — failure to make delivery within reasonable time.*

*Temmer v. Zimmerman,* 202 App. Div. 832, affirmed.

(Argued March 19, 1923; decided May 1, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 29, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages sustained by the plaintiff for the alleged breach of a contract by the defendants in failing to make a credit within a reasonable time of 20,000 Austrian kronen purchased on December 13, 1916. The contract read as follows:

" Memorandum

" ZIMMERMAN & FORSHAY

" Members of New York Stock Exchange, 9–11 Wall St.

" Payable Through

" Wiener Bank Verein

" Vienna

" No. 1616                    NEW YORK, *Dec.* 13, 1916.

" Mr. MICHAEL TEMMER,

" 135 West 117 St.:

" In accordance with your request we will instruct our correspondents to remit to:

" Ungarische Postsparkasse

at Budapest for acct. Mrs. Jacob Temmer

Kr 20,000 - @ 11½            $2300—

" It is important that you write to the payee to immediately acknowledge receipt of the money.

" Delivery

" guaranteed

" ZIMMERMAN & FORSHAY,

" By P."

*Osmond K. Fraenkel* and *Louis Werner* for appellants.

*Eugene Lamb Richards* and *Rutherford B. Meyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ.   Not voting: CARDOZO, J.

---

SAM SAFIAN, Respondent, v. IRVING NATIONAL BANK, Appellant.

*Contract — purchase of foreign credit — failure to make delivery within reasonable time — measure of damages.*

Safian v. Irving Nat. Bank, 202 App. Div. 459, affirmed.

(Argued March 20, 1923; decided May 1, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1922, affirming a determination of the Appellate Term which affirmed a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was brought to recover for defendant's failure to transfer by cable to a designated payee in Poland 7,000 Polish marks. Defendant contended that it could be held liable only for the value of the marks in dollars on the day after the defendant demanded refund, at which time they had greatly depreciated in value. The Appellate Division held that plaintiff was entitled to recover in American dollars the exact amount paid by him to defendant, irrespective of any subsequent depreciation of Polish marks.

*Eugene W. Leake* and *Edward A. Craighill, Jr.*, for appellant.

*A. Delafield Smith* and *Sydney W. Davidson* for American Express Company, *amicus curiæ.*

*Charles C. Peters* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.